**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **MANUEL GALLEGOS,** § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION 5:23-cv-00065-DAE** |
| § | |
| **JAMPAC TRANSPORTATION INC.** § | |
| **AND LEO WORDSWORTH** § | |
| **PARCHMENT,** § | |
| Defendants. § | |

### AGREED TAKE-NOTHING JUDGMENT AGAINST DEFENDANTS JAMPAC TRANSPORTATION, INC. AND LEO WORDSWORTH PARCHMENT

On this date, came to be heard, by and through their attorneys of record, Plaintiff, Manuel Garcia Gallegos and Defendants, Jampac Transportation, Inc. and Leo Wordsworth Parchment the *Agreed Motion for Entry of Take-Nothing Judgment*. Plaintiff, Manuel Garcia Gallegos and Defendants, Jampac Transportation, Inc. and Leo Wordsworth Parchment announced that they have entered into a full and final settlement agreement, and no jury having been demanded; all matters or facts and things in controversy were submitted to the Court. After considering the parties' agreement, the Court finds that the take-nothing judgment against Defendants, Jampac Transportation, Inc. and Leo Wordsworth Parchment, should be granted and entered. It is therefore

**ORDERED, ADJUDGED AND DECREED** that Plaintiff, Manuel Garcia Gallegos take nothing against Defendants, Jampac Transportation, Inc. and Leo Wordsworth Parchment, and that all claims asserted by Plaintiff or that could have been asserted by the Plaintiff against these Defendants are hereby dismissed with prejudice, and that Defendants, Jampac Transportation, Inc. and Leo Wordsworth Parchment go hence without delay.

**IT IS FURTHER ORDERED** that all costs and attorney's fees in this suit are to be borne

by the party incurring same.

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that any remaining Defendants are dismissed with prejudice; that all other relief not expressly granted in this judgment is denied; and that this judgment finally disposes of all parties and claims and is appealable.

Signed this 27th day of July, 2023.

DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE